**Electronically Filed
Supreme Court
SCWC-21-0000498
18-JUN-2025
08:04 AM
Dkt. 27 ODAC**

SCWC-21-0000498

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF
THE ESTATE OF MARY N. LUCAS, Deceased

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000498; CASE NO. 1LP000026685)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Nakamoto, in place of Devens, J., recused)

Petitioner Carol Cassiday Orr's Application for Writ of

Certiorari, filed on April 21, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, June 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Henry T. Nakamoto